IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § § § | |
| v. | § | 2:25-CR-009-Z-BR-(1) |
| KENY FRANCISCO PAXTOR-CHAVEZ | § § § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

On March 21, 2025, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Keny Francisco Paxtor-Chavez waived the 14-day period to object to the Report and Recommendation as set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Keny Francisco Paxtor-Chavez was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Keny Francisco Paxtor-Chavez; and ADJUDGES Defendant Keny Francisco Paxtor-Chavez guilty of Count One in violation of 8 U.S.C. § 1326(a) and 6 U.S.C. §§ 202(3), 202(4), and 557. Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, April 8, 2025.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE